No. 84–649.   BLINDER, ROBINSON & CO., INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. 10th Cir.   Certiorari denied.

No. 84–653.   SCHLEIFER *v.* CHILDREN'S MEMORIAL HOSPITAL. C. A. 7th Cir.   Certiorari denied.

No. 84–670.   SCHMERTZ ET AL. *v.* NASSAU COUNTY BOARD OF SUPERVISORS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–672.   ISLAMIC REPUBLIC OF IRAN *v.* PAHLAVI ET AL. Ct. App. N. Y.   Certiorari denied.

No. 84–673.   PERWIN *v.* WILENTZ, CHIEF JUSTICE, SUPREME COURT OF NEW JERSEY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–675.   STATE FARM FIRE & CASUALTY CO. *v.* PERRY. C. A. 11th Cir.   Certiorari denied.

No. 84–678.   WOLF *v.* BANCO NACIONAL DE MEXICO, S.A. C. A. 9th Cir.   Certiorari denied.

No. 84–687.   BROWN ET AL. *v.* PUGET SOUND ELECTRICAL APPRENTICESHIP & TRAINING TRUST ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–688.   VOSCH, EXECUTRIX OF THE LAST WILL OF LOWRY, ET AL. *v.* WERNER CONTINENTAL, INC.   C. A. 3d Cir. Certiorari denied.

No. 84–689.   POOLAW *v.* CITY OF ANADARKO, OKLAHOMA, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–692.   HAWKINS *v.* ALEX. BROWN & SONS ET AL.   Ct. App. D. C.   Certiorari denied.

No. 84–697.   NGUYEN *v.* NGUYEN.   Ct. App. Colo.   Certiorari denied.